UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SOTO,<br><br>                    Petitioner,<br><br>          v.<br><br>J. LIZARRAGA, Warden,<br><br>                    Respondent. | Case No. 2:19-08010 MWF (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, Petitioner's Opposition, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated March 17, 2020 [Dkt. No. 13], and Petitioner's Objections to Report and Recommendation [Dkt. No. 14].  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt.

1  No. 13] is accepted;

2      2.    The Motion to Dismiss is granted and the Petition is dismissed with

3  prejudice; and

4      3.    Judgment is to be entered accordingly.

6  DATED: July 17, 2020      _____
                                    MICHAEL W. FITZGERALD
7                                        United States District Judge