JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE SOTO,

                              Petitioner,

            v.

J. LIZARRAGA, Warden,

                              Respondent.

Case No. 2:19-08010 MWF (ADS)

JUDGMENT

          Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  July 17, 2020

_____
MICHAEL W. FITZEGERALD
United States District Judge